# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Jul 26, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Larry G. Hamilton (DOB: 07/22/1991)<br><br>*Defendant(s)* | Case No. **22-M-512 (SCD)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 14, 2022__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | unlawful possession of a firearm by a prohibited person |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Dettmering (Digitally signed by JACOB DETTMERING Date: 2022.07.26 15:00:01 -05'00')

Jacob A. Dettmering, Special Agent (FBI)
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 07/26/2022

*Judge's signature*

City and state: Milwaukee, Wisconsin

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jacob A. Dettmering, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 7, 2018. Following graduation from the FBI Training Academy in Quantico, Virginia, I was assigned to the FBI Capitol Area Gang Task Force ("CAGTF") in Baton Rouge, Louisiana from June 15, 2018, to April 1, 2020. Since April 1, 2020, I have been assigned as the Task Force Coordinator for the Milwaukee Area Safe Streets Task Force ("MASSTF"). Since 2018, I have investigated violations of federal law, directed drug and street gang investigations, obtained and executed search and arrest warrants related to the distribution of illegal narcotics and firearms, and debriefed confidential informants and cooperating defendants.

2. The information set forth in this affidavit comes from my personal involvement in this investigation, along with information provided to me by other law enforcement officers.

3. This affidavit is submitted for the limited purpose of establishing probable cause to believe that on or about July 14, 2022, in the State and Eastern District of Wisconsin, LARRY G. HAMILTON (DOB: 07/22/1991) committed a violation of 18 U.S.C. § 922(g)(1), for the issuance of a criminal complaint.

## PROBABLE CAUSE

4. Since 2020, the Milwaukee Area Safe Streets Task Force (MASSTF) has been investigating identified members of the Wild 100's, a violent street gang in Milwaukee, also known as the Shark Gang. In the summer of 2020, the Wild 100's and Ghetto Boys Clique (GBC), also known as the Swindle Gang, another violent street gang in Milwaukee, were engaged in a bloody feud. On January 26, 2019, a shooting occurred in the area of 2461 North 33rd Street,

Milwaukee, Wisconsin, resulting in the death of Lawrence "Lowski" Hamilton, a known member of the Wild 100's, and multiple gunshot wounds to his brother Larry G. Hamilton (DOB: 07/22/1991). Sometime after the funeral, the grave of Lawrence Hamilton was desecrated by members of the GBC. Based on my training and experience, I know that desecrating a grave or memorial is a common way to disrespect a rival gang member and the gang itself. In a later shooting incident, Ramon Savage, another Wild 100's member, told officers of the Milwaukee Police Department that the desecration of Lawrence Hamilton's grave and memorial ignited the bloody feud between the Wild 100's and GBC.

5. On July 23, 2020, officers of the Milwaukee Police Department responded to numerous shots fired near a playground at Maple Tree Elementary School, located at 6644 North 107th Street, Milwaukee, Wisconsin. Officers recovered 123 casings on scene in various calibers. This appeared to be celebratory gunfire, because no one was injured and several individuals, including Wild 100's members, were suspected of discharging firearms into the air. Quishawn M. Hanna (DOB: 10/10/2000), a Wild 100's member, was interviewed on scene by officers. Quishawn Hanna told officers that people were there to celebrate the anniversary of Lawrence Hamilton's death, and people started shooting. This appears to actually have been on or about the birthday of Larry G. Hamilton.

6. On or about July 14, 2022, MASSTF was conducting electronic surveillance around 704 South 36th Street, Milwaukee, Wisconsin—a known residence of LARRY HAMILTON, his girlfriend, and their children. On or about July 14, 2022, Task Force Officer David Cabral observed HAMILTON on the porch of the residence with what appeared to be a firearm in his right pants pocket. The handle of the firearm appeared to be black with what appeared to be an extended magazine inserted in the magazine well. Case agents continued to conduct electronic surveillance

to confirm HAMILTON's possession of a firearm. On several occasions, the handle of the firearm could be seen, and the outline of a handgun was distinctive. Besides the visual confirmation of the handgun, case agents noted that HAMILTON's pants were sagging down on his right side due to the weight of the item in his pocket.

7. On or about July 14, 2022, case agents conducted a criminal history check of HAMILTON and found that HAMILTON is prohibited from possessing a firearm, in that he has previously been convicted of multiple felony offenses. In Milwaukee County Case Number 2010CF005453, HAMILTON was convicted of a burglary to a building or dwelling, a Class F felony, in violation of Wisconsin Statute 943.10(1m)(a). In Milwaukee County Case Number 2011CF002979, HAMILTON was again convicted of burglary to a building or dwelling, a Class F felony, in violation of Wisconsin Statute 943.10(1m)(a).

8. On or about July 14, 2022, case agents went to 704 South 36th Street, Milwaukee, Wisconsin and observed HAMILTON exit the house wearing different clothes than earlier in the day. Case agents observed the handle of a handgun in HAMILTON's waistband and observed HAMILTON grabbing the handle and adjusting the firearm on several occasions. Screenshots depicting the firearm tucked behind HAMILTON's belt buckle and HAMILTON grabbing the handle of the firearm and adjusting it are provided below.




9. HAMILTON walked to a 2015 Dodge Journey SUV bearing Wisconsin license plate TG8394 and opened the driver's door. Case agents were unable to observe a firearm on LARRY HAMILTON when he approached the vehicle. Case agents moved in to detain HAMILTON. Both HAMILTON and his brother VERNELL HAMILTON were observed reaching towards the floorboards of the vehicle, quickly exiting, and slamming the car doors behind them. Both subjects were detained near the vehicle.

10. Case agents contacted investigators from the Milwaukee Police Department's Homicide Unit related to a pending homicide investigation, because HAMILTON and his brother were wanted for questioning. Investigators obtained a search warrant issued by the Honorable

Katie Kegel, Circuit Court Judge of the Milwaukee County Circuit Court, to search 704/704A South 36th Street, Milwaukee, Wisconsin and the 2015 Dodge Journey SUV bearing Wisconsin license plate TG8394. According to HAMILTON's girlfriend TIFFANY HAMMER, the 2015 Dodge Journey SUV belonged to both HAMILTON and HAMMER and only had one set of keys for the vehicle. In an interview of HAMMER, she stated that she did not own or possess any firearms and there should not be any in the vehicle because of HAMILTON's firearms prohibition.

11. Upon searching the vehicle, investigators found two handguns under the front passenger seat, where HAMILTON and his brother were both seen reaching—a black Glock 19 Generation 5 pistol bearing serial number BPAA703 and a black-over-tan Glock 17 bearing serial number PFB085. Based on my training and experience, I know that neither of those firearms is manufactured in the State of Wisconsin and therefore traveled in interstate commerce.

## CONCLUSION

12. Based on the information above, I submit that there is probable cause to believe that LARRY HAMILTON has violated 18 U.S.C. § 922(g)(1).